**James G. BLAKELY, a/k/a Jimmy G. Blakely, Plaintiff—Appellant,**

v.

**David M. TATARSKY, Intrimal General Counsel; Ms. Simon, Mailroom Supervisor for Lee Correctional; A Padula, Warden; Jon Ozmint, Director of the South Carolina Department of Corrections, Defendants—Appellees.**

No. 09–7832.

United States Court of Appeals, Fourth Circuit.

Submitted: June 24, 2010.

Decided: June 29, 2010.

James G. Blakely, Appellant Pro Se. Steven Barry Johnson, Lee Erter Wilson Holler & Smith, LLC, Sumter, South Carolina, for Appellees.

Before DUNCAN, AGEE, and DAVIS, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James G. Blakely appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Blakely v. Tatarsky*, No. 4:08–cv–03609–MBS, 2009 WL 2922987 (D.S.C. filed Sept. 1, 2009) & (entered Sept. 2, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*